

Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 94 C 5539 | **DATE** | 2/20/2001 |
| **CASE TITLE** | JANINE KATONAH vs. USAir, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] IT IS HEREBY ORDERED that the second Amended Complaint of the Plaintiff Janine Katonah, , as Executor of the Estate of Joel Kent Thompson, deceased, be and the same is dismissed with prejudice and without costs to any party. The entire Katonah action is dismissed with prejudice and without costs as to all parties, all matters in controversy having been settled out of Court.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | FEB 21 2001 date docketed | 99 |
| ✓ | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| EF | courtroom deputy's initials | 01 FEB 20 PM 2:05 | |
| | | date mailed notice | |
| | Date/time received in central Clerk's Office | mailing deputy initials | |

## In The United States District Court
## Northern District of Illinois
## Eastern Division

| | |
|---|---|
| JANINE KATONAH, as Executor of the Estate of Joel Kent Thompson, deceased, <br><br> Plaintiff, <br> v. <br><br> USAIR, INC., a corporation; USAIR GROUP, INC., a corporation; THE BOEING COMPANY, a corporation; and PARKER-HANNIFIN CORPORATION, a corporation, <br><br> Defendants. | No. 94 C 5539 <br> Judge Charles R. Norgle, Sr. |

DOCKETED
FEB 2 1 2001

### AGREED ORDER OF DISMISSAL

ON STIPULATION, a written stipulation having been presented to this Court and this Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That the Second Amended Complaint At Law of the Plaintiff JANINE KATONAH, as Executor of the Estate of Joel Kent Thompson, Deceased, be and the same hereby is dismissed with prejudice and without costs as to any party.

2. That the entire KATONAH action be dismissed with prejudice and without costs as to all parties, all matters in controversy having been settled out of Court.

Entered this 16 day of February, 2001.

_____
Judge Charles R. Norgle, Sr.

McCullough, Campbell & Lane
401 North Michigan Avenue
Suite 1300
Chicago, IL 60611
(312) 923-4000